No. 10-7646. Joe Lawrence Davis, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1203, 131 S. Ct. 1049, 178 L. Ed. 2d 870, 2011 U.S. LEXIS 970.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-7648. Pasquale Nigro, Petitioner v. Mike Evans, Warden.

562 U.S. 1203, 131 S. Ct. 1049, 178 L. Ed. 2d 870, 2011 U.S. LEXIS 951.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 399 Fed. Appx. 279.

No. 10-7650. Miguel A. Paredes, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1203, 131 S. Ct. 1050, 178 L. Ed. 2d 870, 2011 U.S. LEXIS 1070.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 617 F.3d 315.

No. 10-7654. David Martin Shaw, Petitioner v. Rosanne Campbell, Warden.

562 U.S. 1203, 131 S. Ct. 1050, 178 L. Ed. 2d 870, 2011 U.S. LEXIS 1052.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 392 Fed. Appx. 572.

No. 10-7656. Stephen Burton Lockhart, Petitioner v. Patricia Barnhart, Warden.

562 U.S. 1203, 131 S. Ct. 1050, 178 L. Ed. 2d 870, 2011 U.S. LEXIS 1026.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 10-7662. Derek N. Jarvis, Petitioner v. Maryland.

562 U.S. 1203, 131 S. Ct. 1050, 178 L. Ed. 2d 870, 2011 U.S. LEXIS 1030,

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 394 Fed. Appx. 11.

No. 10-7663. Derek N. Jarvis, Petitioner v. Montgomery County, Maryland.

562 U.S. 1203, 131 S. Ct. 1050, 178 L. Ed. 2d 870, 2011 U.S. LEXIS 971,

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 394 Fed. Appx. 12.

No. 10-7666. Claudia Houston, Petitioner v. San Diego County, California, et al.

562 U.S. 1204, 131 S. Ct. 1050, 178 L. Ed. 2d 870, 2011 U.S. LEXIS 1002.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.